IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | | |
|---|---|---|
| IAN MATTISON<br>910 Chesapeake Drive<br>Stevensville, Maryland 21666 | *<br><br>* | |
| Plaintiff | * | |
| v. | * | |
| HOME DEPOT U.S.A., INC.<br>2455 Paces Ferry Road, S.E.<br>Atlanta, Georgia 30339-4024<br>Serve on: Resident Agent<br>CSC-Lawyers Incorporating Services Company<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202 | *<br><br>*<br><br>*<br><br>*<br><br>* | |
| Defendant | * | CASE NO. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

The Plaintiff, Ian Mattison, by and through counsel, HILLMAN, BROWN & DARROW, P.A., and M. Evelyn Spurgin, sues the Defendant, Home Depot U.S.A., Inc., and for reasons states:

1. The Plaintiff is a resident of Queen Anne's County, Maryland.

2. The Defendant, Home Depot U.S.A., Inc. (hereinafter "Home Depot") is a corporation whose home offices are in Atlanta, Georgia, but who does business in Anne Arundel County, Maryland.

3. On or about March 9, 2019, the Plaintiff was shopping at the Home Depot store located on Defense Highway in Anne Arundel County. The Plaintiff works as a contractor and was shopping for materials.

4. The Plaintiff was purchasing boxes of floor tiles and as he was pulling a large box of floor tiles off of the shelf, something fell on his left foot/toe causing extreme pain. He saw that two large boxes of floor tiles had fallen off the shelf and landed on his left foot/toe. After close examination, the Plaintiff realized that the boxes of tile were stacked improperly, which the

MES:jam:mes/19106/012022



store manager confirmed when he was called to the location. The Plaintiff had no way of knowing that when he was taking a box of tiles to purchase that two boxes would fall and strike and injure his left foot.

5. The Defendant, Home Depot, knew or should have known through its employees that the boxes of tiles had been stacked improperly on the shelf, creating a hazardous condition for potential customers.

6. The Defendant, Home Depot, failed to maintain a safe premise when it allowed a hazardous condition to exist when the tile boxes were stacked improperly on its shelves and failed to warn customers and/or visitors that the tile boxes were stacked improperly.

7. The Defendant, Home Depot, had a duty to use reasonable and ordinary care to ensure that its premises were safe.

8. The Defendant, Home Depot, breached its duty of care to the Plaintiff by allowing a hazardous condition to exist, failing to address the hazardous condition and failing to warn the Plaintiff of the hazardous condition.

9. The Plaintiff could not, by exercising any degree of ordinary care, understand that the tile boxes would fall on his foot when he attempted to remove a box from the shelf. The Plaintiff relied on the expertise of the employees of Home Depot to ensure that the shelves were stacked properly and carefully.

10. As a result of the Defendant, Home Depot's, negligence, the Plaintiff has suffered and will continue to suffer physical injuries, economic loss and emotional trauma.

WHEREFORE, the Plaintiff, Ian Mattison, demands judgment against the Defendant, Home Depot U.S.A., Inc., in excess of $75,000.00 in compensatory damages and interest and costs.

/s/
M. Evelyn Spurgin (CPF #7911010324)
(mes@hbdlaw.com)
HILLMAN, BROWN & DARROW, P.A.
221 Duke of Gloucester Street
Annapolis, Maryland 21401-2500
410-263-3131, (Fax) 410-269-7912
Attorney for Plaintiff

2-9-2022   20190384800   6020220209012667

## CERTIFICATION OF COMPLIANCE WITH
## MARYLAND RULE 20-201(h) AND 20-201.1

I hereby certify that the foregoing document complies with Maryland Rule 20-201(h), that the document does not contain any restricted information or, if it does contain restricted information, that a Notice Regarding Restricted Information has been filed contemporaneously pursuant to Maryland Rule 20-201.1.

/s/
M. Evelyn Spurgin

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | | |
|---|---|---|
| IAN MATTISON<br>910 Chesapeake Drive<br>Stevensville, Maryland 21666 | *<br><br>* | |
| Plaintiff | * | |
| v. | * | |
| HOME DEPOT U.S.A., INC.<br>2455 Paces Ferry Road, S.E.<br>Atlanta, Georgia 30339-4024<br>Serve on: Resident Agent<br>CSC-Lawyers Incorporating Services<br>Company<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202 | *<br><br>*<br><br>*<br><br>*<br><br>* | |
| Defendant | * | CASE NO. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PRAYER FOR JURY TRIAL**

The Plaintiff, Ian Mattison, requests a trial by jury in the above-captioned matter.

/s/
M. Evelyn Spurgin (CPF #7911010324)
(mes@hbdlaw.com)
HILLMAN, BROWN & DARROW, P.A.
221 Duke of Gloucester Street
Annapolis, Maryland 21401-2500
410-263-3131, (Fax) 410-269-7912
Attorney for Plaintiff

**CERTIFICATION OF COMPLIANCE WITH
MARYLAND RULE 20-201(h) AND 20-201.1**

I hereby certify that the foregoing document complies with Maryland Rule 20-201(h), that the document does not contain any restricted information or, if it does contain restricted information, that a Notice Regarding Restricted Information has been filed contemporaneously pursuant to Maryland Rule 20-201.1.

/s/
M. Evelyn Spurgin

MES:jam/19106/012022